UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANGELA PALMER,

      Plaintiff,

 v.

RICHARD D PALMER, et al.,

      Defendants.

CASE NO. 3:22-cv-05078-TL

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable District Court Judge Tana Lin.

DATED this 9th day of February, 2022.

                _____
                BRIAN A. TSUCHIDA
                United States Magistrate Judge