1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

ANGELA PALMER,

CASE NO. 3:22-cv-05078-TL

11

Plaintiff,

MINUTE ORDER

12

v.

13

RICHARD D. PALMER et al.,

14

Defendant.

15

16    The following Minute Order is made at the direction of the Court, the Honorable Tana

17 Lin, United States District Judge:

18    (1) On February 17, 2022, the Court issued an order (Dkt. No. 5) declining to issue

19        summons and dismissing Plaintiff's Complaint (Dkt. No. 4) without prejudice for

20        failure to show subject matter jurisdiction and for failure to state a claim. The Court

21        also gave Plaintiff permission to revive her claims by filing an amended complaint

22        and gave her 14 days to do so. Dkt. No. 5.

23

24

MINUTE ORDER - 1

1   (2) It has been three weeks since the 14-day deadline to amend the Complaint expired,

2       and five weeks since the Court's prior order. As of the date of this Order, Plaintiff

3       has not filed an amended complaint or otherwise taken any action in this case.

4   (3) Accordingly, and as previewed by the Court's prior order (Dkt. No. 5, at 5), the case

5       is DISMISSED without prejudice, for failure to file an amended complaint or otherwise

6       respond to the prior order.

7   (4) The Clerk is DIRECTED to close this case.

8   (5) The Clerk is also DIRECTED to mail a copy of this Order to Plaintiff at 142 Elkhorn

9       Rd, Ariel, WA 98603.

10   Dated this 24th day of March 2022.

11

12                                s/ Ravi Subramanian
                                           Clerk of the Court

13

14                                s/ Kadya Peter
                                           Deputy Clerk

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER - 2